IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHRISTINE SPACHT, Administratrix
of the Estate of Melissa McGilton,
deceased,

    Plaintiff,

v.                                                        Civil Action No. 5:06CV58
                                                                      (STAMP)

MICHAEL SKATULA and
EAST OHIO REGIONAL HOSPITAL AT
MARTINS FERRY, an Ohio corporation,

    Defendants.

## ORDER SCHEDULING STATUS AND SCHEDULING CONFERENCE

On August 13, 2007, the parties in the above-styled civil action filed a joint motion requesting vacating of scheduling order including September 25, 2007 trial date. This Court finds that it would be beneficial to conduct a status and scheduling conference to address the parties' joint motion. Accordingly, it is ORDERED that the parties appear for a status and scheduling conference on **August 17, 2007 at 10:30 a.m.** in the chambers of Judge Frederick P. Stamp, Jr., Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     August 14, 2007

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE